**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Tracee A. Beecroft, | Civil File No.:15-cv-00094 (MJD/JJK) |
| *Plaintiff,* | |
| v. | |
| Ocwen Loan Servicing, LLC, | **MOTION TO DISMISS COUNT I AND COUNT III OF PLAINTIFF'S COMPLAINT** |
| *Defendant.* | |

_____

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendant Ocwen Loan Servicing, LLC, hereby moves this Court for the entry of an Order dismissing Count I and Count III of Plaintiff's Complaint in this action for failure to state a claim upon which relief can be granted. This Motion is based on the record in this case, as well as the Memorandum of Law, and accompanying papers to be filed in accordance with D. Minn. L.R. 7.1.

| | |
|---|---|
| Dated: February 20, 2015 | **DYKEMA GOSSETT PLLC**<br><br>By:/s/Jared D. Kemper<br>   Brian Melendez (#0223633)<br>   Jared D. Kemper (#0390427)<br>   4000 Wells Fargo Center<br>   90 South Seventh Street<br>   Minneapolis, MN 55402<br>   Tel: (612) 486-1900<br>   Fax: (877) 599-6688<br>   bmelendez@dykema.com<br>   jkemper@dykema.com<br><br>   *Attorneys for Defendant Ocwen Loan Servicing, LLC* |